| Doe | Initials of IP Owner | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 | S.H. | Roanoke | Sexual Obsession | Apr 8, 2011 at 8:24:55 PM UTC | 98.185.50.41 |
| 2 | W.L. | Stephens City | Sexual Obsession | Apr 15, 2011 at 1:31:16 AM UTC | 24.127.64.142 |
| 3 | W.S. | Stephens City | Sexual Obsession | Apr 9, 2011 at 2:43:56 AM UTC | 67.166.182.100 |
| 4 | E.A. | Charlottesville | Popular Demand | November 23, 2011 at 22:28:39 GM | 184.5.250.173 |