# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **AF Holdings LLC** | Action No:   3:12-cv-00055 |
| | Date:   November 14, 2012 |
| vs. | Judge:   B. Waugh Crigler |
| | Court Reporter:   FTR Recording |
| **John Doe 3** | Deputy Clerk:   Joyce C. Jones |

Plaintiff Attorney(s)    Defendant Attorney(s)

Timothy V. Anderson    Domingo J. Rivera (John Doe #3)

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:          DEFENDANT:

1.                              1.

PROCEEDINGS:
Motion hearing as to Plaintiff's Motion for Discovery (document #4):

Arguments by plaintiff.
Arguments by John Doe #3.
Court gives remarks and ruling.
Order to follow.

Time: 1:57-2:34=37 min.

Time in Court: