IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| AF Holdings, LLC | ) |
| | ) CASE NO.: 3:12cv55 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE 1-4 | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses, without prejudice, all causes of action in the complaint against **JOHN DOE #3 ONLY**. John Doe #3 has neither filed an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF Holdings LLC

**DATED:** November 15, 2012

By:  /s/ Timothy V. Anderson
TIMOTHY V. ANDERSON (VSB 43803)
Anderson and Associates, PC
2492 N. Landing Road, Suite 104
Virginia Beach, VA 23456
Telephone: (757) 301-3036
Facsimile: (757) 301-3640
E-mail: timanderson@virginialawoffice.com
*Attorney for Plaintiff*