CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

NOV 1 5 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | CASE NO. 3:12CV00055 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JOHN DOES 1-4, | ) | |
| | ) | By: B. WAUGH CRIGLER |
| Defendants. | ) | U.S. MAGISTRATE JUDGE |

Upon the findings and conclusions set forth from the bench on November 14, 2012, it hereby is

ORDERED

as follows:

(1) Plaintiff's October 10, 2012 motion for leave to take discovery prior to the Rule 26(f) conference is GRANTED, in part, and DENIED, in part. The motion is GRANTED as to John Does 1, 2 and 4, and the motion is DENIED as to John Doe 3[1];

(2) Defendant John Doe 3's November 5, 2012 motion for an extension of time is DISMISSED as moot;

(3) Plaintiff is to tender an order to the undersigned for each John Doe defendant which sets forth the purpose for and the scope of any deposition taken of such defendant prior to the

---

[1] During the hearing on November 14, 2012, plaintiff's counsel informed the court that plaintiff may voluntarily dismiss John Doe 3 under Fed. R. Civ. P. 41(a)(1)(A), in which event he no longer would remain a party to the case.

Rule 26(f) conference and the limitations on the disclosure of information gained from the depiction and use thereof in these or any other proceedings.

The Clerk of the Court is hereby directed to transmit a copy of this Order to all counsel of record.

ENTERED: _____
U.S. Magistrate Judge

_11/15/12_____
Date

2