CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

NOV 15 2012

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | CASE NO. 3:12CV00055 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JOHN DOES 1-4, | ) | By: B. WAUGH CRIGLER |
| | ) | U.S. MAGISTRATE JUDGE |

The undersigned having granting plaintiff's motion for leave to take discovery prior to the Rule 26(f) Conference as it related to John Does 1, 2 and 4, it hereby is

ORDERED

as follows:

(1) Plaintiff may conduct Rule 30 depositions on the registered IP user as indicated in the Complaint for the purposes of determining the identity of the defendant to be named in this action and may request any such relevant document from the registered user necessary to conduct the discovery deposition for the purposes of identifying the actual infringer;

(2) Any information disclosed to the plaintiff in response to a Rule 30 deposition may be used by the plaintiff solely for the purpose of protecting plaintiff's rights as set forth in its Complaint;

(3) Plaintiff shall serve a copy of this Order along with any Rule 30 deposition notices issued pursuant to this Order.

ENTERED: /s/
U.S. Magistrate Judge

11-15-2012
Date: