CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

DEC 2 0 2012

JULIA C. DUDLEY, CLERK
BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

AF HOLDINGS, LLC,

      Plaintiff,

**Case No. 3:12CV55**

v.

JOHN DOE(s) 1-4,

      Defendant.

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO THE RULE 26(f) CONFERENCE

The Court has reviewed the Complaint with attached Exhibits, Plaintiff's Second Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference and all the papers filed in connection with the motion, and the relevant case law. Accordingly, it is hereby

ORDERED that Plaintiff's Second Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference is GRANTED; it is further

ORDERED that Plaintiff may conduct Rule 30 depositions on an individual by the initials of Z.L. for the purposes of determining the identity of the Defendant to be named in this action and may request any such documents from Z.L. necessary to conduct the discovery deposition for the purposes of identifying the actual infringer; and it is further

ORDERED any information disclosed to the Plaintiff in response to a Rule 30 deposition may be used by the Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in its Complaint; it is further

1

ORDERED that Plaintiff shall serve a copy of this Order along with any Rule 30 deposition notices issued pursuant to this Order.

Entered: 12-20-2012

United States Magistrate Judge