# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**AF Holdings LLC**

vs.

**John Doe 1 et als**

Action No:   3:12-cv-00055
Date:   January 31, 2013
Judge:   B. Waugh Crigler
Court Reporter:   FTR Recording
Deputy Clerk:   Joyce C. Jones

Plaintiff Attorney(s)
Timothy V. Anderson

Defendant Attorney(s)
Domingo J. Rivera

### LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
Telephonic Motion Hearing as #20 Defendant's motion to quash subpoena

Arguments by defendant.
Defendant addresses the merits.
Arguments by plaintiff.
Court gives remarks.
Response by defendant.
Court gives ruling and final remarks.
Court requests that the transcript of the deposition be filed with the Court under seal in camera.
Order to follow.

Time in Court: 9:58-10:34

Time in Court:

Case 3:12-cv-00055-GEC-BWC   Document 24   Filed 01/31/13   Page 2 of 2   Pageid#: 129