APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

AF Holdings LLC

v.

John Doe 1 et als

CASE NO.: 3:12-cv-00055

DATE: January 31, 2013

TYPE OF HEARING: Telephonic Motion hearing as to #20 Motion to Quash subpoena by John Doe 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PARTIES:

1. Hon. B. Waugh Crigler, USMJ
2. Timothy V. Anderson-pltf.
3. Domingo J. Rivera-deft.
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Recorded by: Joyce C. Jones          Time in Court: 9:58 - 10:34

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 9:58 | 1 | | | 10:30 | 1 | | | | |
| 10:02 | 3 | | | 31 | 2, 1 | | | | |
| 05 | 1 | | | | 3, 1 | | | | |
| | 3 | | | 32 | 2, 1 | | | | |
| 06 | 1 | | | 33 | 2, 3 | | | | |
| | 3 | | | | 1, 2 | | | | |
| 07 | 1 | | | 34 | 1 | | | | |
| 08 | 3, 1 | | | | end | | | | |
| 10 | 2, 1 | | | | | | | | |
| 15 | 1 | | | | | | | | |
| 17 | 2, 1 | | | | | | | | |
| 23 | 1 | | | | | | | | |
| 25 | 3, 1 | | | | | | | | |
| 28 | 2, 1 | | | | | | | | |