CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

FEB 0 6 2013

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | CASE NO. 3:12CV00055 |
| | ) | |
| Plaintiff, | ) | |
| | ) | <u>ORDER</u> |
| v. | ) | |
| | ) | |
| JOHN DOES 1-4, | ) | By:   B. WAUGH CRIGLER |
| | ) | U.S. MAGISTRATE JUDGE |
| Defendants. | ) | |

The January 15, 2013 motion to quash a subpoena filed by Z.L. is before the undersigned

under 28 U.S.C. § 636(b)(1)(A).  For the reasons set forth on the record of a telephone hearing

held on January 31, 2013, it is hereby

O R D E R E D

as follows:

(1) Z.L.'s motion to quash hereby is DENIED;

(2) The deposition of Z.L. hereby is rescheduled before the undersigned on February 28,

   2013 at 9:30 a.m. in the United States District Court, 255 West Main Street, Rm 326,

   Charlottesville Va., with plaintiff to provide the court reporting services at its

   expense;[1]

(3) Plaintiff may not conduct further investigatory discovery for the purpose of

   determining the identity of potential defendants until:

   a) It submits to the undersigned *in camera* and under seal a copy of the

      depositions of W.L. and Z.L. for review in camera; and

---

[1] As Z.L. has appeared before the undersigned by counsel in these proceedings, no further notice
of the date, time and place of the rescheduled deposition is required. Nevertheless plaintiff is not
hereby prejudiced from serving duplicate notice is it should so elect.

b) It files a motion for leave to engage in such further discovery.

The Clerk is directed to transmit a certified copy of this Order to all counsel of record, including counsel for Z.L.

ENTERED:

_____
United States Magistrate Judge

2-06-2013
_____
Date

2